Rosa MARTINEZ–LOPEZ, Petitioner,

v.

Eric H. HOLDER, Jr., Attorney General, Respondent.

No. 06–74397.

United States Court of Appeals, Ninth Circuit.

Submitted April 17, 2012.*

Filed April 23, 2012.

---

** The Honorable Frederic Block, Senior United States District Judge for the Eastern District of New York, sitting by designation.

*** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ali Golchin, Law Offices of Ali Golchin, San Diego, CA, for Petitioner.

Ronald E. Lefevre, Chief Counsel, Office of The District Counsel Department of Homeland Security, San Francisco, CA, William C. Erb, Jr., Esq., Terri J. Scadron, Esq., Anthony W. Norwood, Esq., Doj–U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, CAS–District, I & Amp;NS, San Diego, CA, for Respondent.

Before: LEAVY, PAEZ, and BEA, Circuit Judges.

### MEMORANDUM **

Rosa Martinez–Lopez, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' ("BIA") order dismissing her appeal from an immigration judge's decision denying her application for cancellation of removal. We have jurisdiction under 8 U.S.C. § 1252. We review de novo questions of law, *Vasquez de Alcantar v. Holder*, 645 F.3d 1097, 1099 (9th Cir.2011), and we deny the petition for review.

The BIA properly concluded that Martinez–Lopez was ineligible for cancellation

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

of removal because she lacked seven years of continuous residence in the United States after being "admitted in any status." *See* 8 U.S.C. § 1229b(a)(2); *Vasquez de Alcantar*, 645 F.3d at 1103 (filing an application for adjustment of status does not confer admission); *see also Guevara v. Holder*, 649 F.3d 1086, 1094 (9th Cir.2011) (a grant of work authorization does not confer admission).

**PETITION FOR REVIEW DENIED.**